UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-02248-SSS-SPx | Date | September 30, 2025 |
|---|---|---|---|
| Title | *Susana Reyes v. Federal Express Corporation et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION TO REMAND [DKT. NO. 12]**

Before the Court is a Motion to Remand filed by Plaintiff Susana Reyes. [Dkt. No. 12]. For the reasons set forth below, Plaintiff's Motion to Remand is **DENIED WITHOUT PREJUDICE**. [*Id.*].

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the filing of the motion. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.*

Further, the Court's Civil Standing Order requires that statement to include "(1) the names of the counselors present at the conference, (2) when the conference was held, (3) how long the conference lasted, (4) the manner in which the conference was held, (5) what issues were discussed, and (6) what issues the parties were unable to resolve. [Dkt. No. 10 at 12].

Here, Plaintiff's Motion to Remand does not comply with the requirements of Local Rule 7-3 or the Civil Standing Order. In violation of Local Rule 7-3,

there is no statement anywhere in the Motion that Plaintiff attempted to meet and confer with opposing counsel prior to filing this Motion. Nor is there any mention of the names of counselors, how long the conference lasted, the manner in which it was held, what issues were discussed, and what issue the parties were unable to resolve. As such, the Motion also does not satisfy the requirements of the Court's Civil Standing Order.

Accordingly, Plaintiff's Motion to Remand is **DENIED WITHOUT PREJUDICE**. The Court reminds the parties of the importance of adhering to the requirements of the Local Rules and the Civil Standing Order. The Court will not grant any subsequent motion if the parties fail to satisfy the meet and confer requirements.

**IT IS SO ORDERED.**